**Opinion issued December 31, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00614-CV**

———————————

**MC HOTELS LLC, Appellant**

**V.**

**YELUH LLC, Appellee**

———————————————————————————————————

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 20-DCV-274779**

———————————————————————————————————

**MEMORANDUM OPINION**

Appellant, MC Hotels LLC, filed a notice of appeal from the trial court's May 21, 2024 final judgment. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On September 10, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by October 10, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.